# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Michael Chambers, an individual, ) | **Summons** |
| Pro Line Panels, LLC, ) | **(Issued pursuant to Rule 4 of** |
|     a limited liability company, ) | **the Federal Rules of Civil** |
| ) | **Procedure or other appropriate** |
|         **Plaintiffs,** ) | **law.)** |
| ) | |
| **v.** ) | |
| ) | **CIVIL ACTION CASE NUMBER:** |
| Richard Riley, an individual ) | |
| Simpson Plastering, LLC ) | |
|     a limited liability company, ) | |
| Simpson Panel, LLC ) | |
|     a limited liability company, ) | |
|         **Defendants.** ) | |

**Summons in a Civil Action**

To: (*Defendant's name and address*)

Simpson Plastering, LLC
4767 1st Avenue North
Birmingham, AL 35222

NOTE: A separate summons must be
prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 4/9/2026

SHARON N. HARRIS, CLERK

By: _Greer M.___ GREER M. LYNCH, CLERK

Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203